**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Audi AG, a German corporation,

Bentley Motors Limited, a United Kingdom
company, and Volkswagen Group of
America, Inc. a New Jersey corporation,

Case No. 2:17-CV-01660-KJM-KJN

Plaintiff(s),

v.

Todd C. Benson, an individual doing
business as Tunerbits, Racerbits, and
TCB Imports,

Defendant(s).

I, <u>Jason P. Eves,</u> attorney for   Audi AG, Bentley Motors Limited, and Volkswagen

Group of America, Inc., hereby petition for admission to practice Pro Hac Vice under the

provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic

Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk,

U.S. District Court.


In support of this petition, I state under penalty of perjury that:


My business address is:

| | |
|---|---|
| Firm Name: | Phillips Ryther & Winchester |
| Address: | 124 South 600 East |
| City: | Salt Lake City |
| State: | Utah   ZIP Code: 84102 |
| Voice Phone: | (801) 935-4935 |
| FAX Phone: | (801) 935-4936 |

Internet E-mail:        jpe@prwlawfirm.com

Additional E-mail:      scv@prwlawfirm.com

I reside in City:       Sandy  State:  Utah


       I was admitted to practice in the United States District Court of Utah on 2002.
I am presently in good standing and eligible to practice in said court.  A certificate of good
standing from the court in my state of primary practice is attached to this application. I am not
currently suspended or disbarred in any other court.

       I  have not concurrently or within the year preceding this application made a pro hac vice
application to this court.

       I hereby designate the following member of the Bar of this Court who is registered for
ECF with whom the Court and opposing counsel may readily communicate regarding the
conduct of the case and upon whom electronic notice shall also be served via the court's ECF
system:  Stephen L. Davis, Law Offices of Stephen L. Davis, 8880 Cal Center Drive, Suite 180,
Sacramento, California 95826.  Voice Phone: (916) 362-9000.  Fax Phone:  (916) 362-9066.
Email:  sdavis@davisandleonard.com.

Dated:  August 10, 2017              Petitioner:  /s/Jason P. Eves


**ORDER**

       IT IS SO ORDERED.


Dated:  September 5, 2017

_____
UNITED STATES DISTRICT JUDGE