STEPHEN L. DAVIS (CA State Bar No. 149817)
LAW OFFICES OF STEPHEN L. DAVIS
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: sdavis@davisandleonard.com

*Attorneys for Plaintiffs*

Gregory D. Phillips (USB No. 4645)
Jason P. Eves (USB No. 9094)
PHILLIPS, RYTHER & WINCHESTER
124 South 600 East
Salt Lake City, UT 84102
Telephone: 801-935-4935
Facsimile: 801-935-4936
gdp@prwlawfirm.com; jpe@prwlawfirm.com

*Attorneys for Plaintiffs*
*(subject to admission pro hac vice)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AUDI AG, a German corporation, BENTLEY MOTORS LIMITED, a United Kingdom company, and VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TCB IMPORTS, a business entity of unknown origin, and TODD C. BENSON, an individual doing business as TUNERBITS, | Case No.: 17-cv-1660<br><br>**STIPULATION TO EXTEND TIME AND CONTINUE HEARING DATE; ORDER**<br><br>**[Fed.R.Civ.P. 65]**<br><br>Honorable Kimberly J. Mueller<br>United States District Judge |

1

| RACERBITS, TCB MOTORS, TCBIMPORTS, and TCBOVERSTOCK, |
|---|
| Defendants. |

In accordance with Fed. R. Civ. P., Rule 83 and Eastern District of California Local Rules, Rules 143, 144 and 230(f), the parties hereby request that the Court extend the time for Defendants TCB Imports and Todd C. Benson also doing business as Tunerbits, Racerbits, TCB Motors, TCBImports and TCBOverstock to respond to the Complaint and Motion for Preliminary Injunction ("PI Motion") filed by Plaintiffs Audi AG, Bentley Motors Limited and Volkswagen Group of America, Inc. (collectively, "Audi and Bentley"). The parties also request that the Court continue the hearing date for Audi's and Bentley's Motion for Preliminary Injunction so that the parties can work towards a quick resolution of this case. Accordingly, the parties agree and hereby stipulate that the defendants shall be allowed an additional twenty-eight (28) days to respond to Audi's and Bentley's Motion and Complaint, as follows:

1. Defendants shall have until October 2, 2017, to file an answer to the Complaint;

2. Defendants shall have until October 6, 2017, to respond to or otherwise oppose Audi's and Bentley's Motion for Preliminary Injunction;

3.  Audi and Bentley shall have until October 13, 2017, to file a reply to any such opposition to Audi's and Bentley's Motion for Preliminary Injunction filed by the defendants; and

4.  The hearing on Audi's and Bentley's Motion for Preliminary Injunction shall be continued to October 20, 2017, at 10:00 AM in Courtroom 3 before Judge Kimberly J. Mueller.

DATED this 29th of August 2017.

COUNSEL FOR PLAINTIFFS
LAW OFFICES OF STEPHEN L. DAVIS

/Stephen L. Davis/
Stephen L. Davis

August 29, 2017

COUNSEL FOR THE DEFENDANTS

_/John P. Costello/_____
_____
John P. Costello

August 29, 2017

**IT IS SO ORDERED that**:

1. Defendants shall have until October 2, 2017, to file an answer to the Complaint;
2. Defendants shall have until October 6, 2017, to respond to or otherwise oppose Audi's and Bentley's Motion for Preliminary Injunction;

3. Audi and Bentley shall have until October 13, 2017, to file a reply to any such opposition to Audi's and Bentley's Motion for Preliminary Injunction filed by the defendants; and

4. The hearing on Audi's and Bentley's Motion for Preliminary Injunction scheduled for September 22, 2017, shall be continued to October 20, 2017, at 10:00 AM in Courtroom 3 before Judge Kimberly J. Mueller.

Dated: September 11, 2017.

UNITED STATES DISTRICT JUDGE

4