STEPHEN L. DAVIS (CA State Bar No. 149817)
LAW OFFICES OF STEPHEN L. DAVIS
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: sdavis@davisandleonard.com

*Attorneys for Plaintiffs*

Gregory D. Phillips (USB No. 4645)
Jason P. Eves (USB No. 9094)
PHILLIPS, RYTHER & WINCHESTER
124 South 600 East
Salt Lake City, UT 84102
Telephone: 801-935-4935
Facsimile: 801-935-4936
gdp@prwlawfirm.com; jpe@prwlawfirm.com

*Attorneys for Plaintiffs*
*(subject to admission pro hac vice)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| AUDI AG, a German corporation, BENTLEY MOTORS LIMITED, a United Kingdom company, and VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, | Case No.: 17-cv-1660 |
| | **SECOND STIPULATION TO EXTEND TIME AND CONTINUE HEARING DATE; ORDER** |
| Plaintiffs, | **[Fed.R.Civ.P. 65]** |
| vs. | Honorable Kimberly J. Mueller |
| TCB IMPORTS, a business entity of unknown origin, and TODD C. BENSON, an individual doing business as TUNERBITS, | United States District Judge |

1

RACERBITS, TCB MOTORS,
TCBIMPORTS, and
TCBOVERSTOCK,

Defendants.

In accordance with Fed. R. Civ. P., Rule 83 and Eastern District of California Local Rules, Rules 143, 144 and 230(f), and pursuant to Plaintiffs' filing of an Amended Complaint on September 28, 2017, the parties hereby request that the Court extend the time for Defendants TCB Imports and Todd C. Benson also doing business as Tunerbits, Racerbits, TCB Motors, TCBImports and TCBOverstock to respond to the Amended Complaint and Motion for Preliminary Injunction ("PI Motion") filed by Plaintiffs Audi AG, Bentley Motors Limited and Volkswagen Group of America, Inc. (collectively, "Audi and Bentley"). The parties also request that the Court continue the hearing date for Audi's and Bentley's Motion for Preliminary Injunction so that the parties can continue to work towards a quick resolution of this case. Accordingly, the parties agree and hereby stipulate that the defendants shall be allowed to extend the deadline to respond to Audi's and Bentley's Motion and Complaint, as follows:

1. Defendants shall have until October 30, 2017, to file an answer to the Amended Complaint;

2.    Defendant's shall have until November 4, 2017, to respond to or otherwise oppose Audi's and Bentley's Motion for Preliminary Injunction;

3.    Audi and Bentley shall have until November 11, 2017, to file a reply to any such opposition to Audi's and Bentley's Motion for Preliminary Injunction filed by the defendants; and

4.    The hearing on Audi's and Bentley's Motion for Preliminary Injunction shall be continued to November 17, 2017, at 10:00 AM in Courtroom 3 before Judge Kimberly J. Mueller.

DATED this 29th of September 2017.

COUNSEL FOR PLAINTIFFS
LAW OFFICES OF STEPHEN L. DAVIS

/Stephen L. Davis/
Stephen L. Davis


September 29, 2017

COUNSEL FOR THE DEFENDANTS


_/John P. Costello/_____
John P. Costello

**IT IS SO ORDERED.**

It is also hereby ORDERED that, on the court's own motion, the Status (Pretrial Scheduling) Conference set for 12/14/2017 is ADVANCED to 11/17/2017 at 10:00 AM in Courtroom 3 before the Honorable Kimberly J. Mueller.

1

**IT IS SO ORDERED.**

2

3  Dated: October 11, 2017.

4

5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4